ACCEPTED
15-24-00095-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/10/2025 12:00 AM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/10/2025 12:00:00 AM
CHRISTOPHER A. PRINE
Clerk

# Court of Appeals Number: 15-24-00095-CV

# Trial Court Case Number: D-1-GN-24-002025

| | |
|---|---|
| Edward Rudolph Turnbull, IV <br> v. <br> Commission for Lawyer Discipline, Daniela Grosz, Daniel Martinez, Seana Willing, John S. Brannon, Amanda Kates, Jenny Hodgkins, and the Board of Directors of the State Bar of Texas, Cindy V. Tisdale, Steve Benesh, Laura Gibson, Kennon Lily Wooten, et al. | IN THE COURT OF APPEALS <br><br> FIFTEENTH DISTRICT <br><br> AT AUSTIN, TEXAS |

**Letter addressed to the Clerk of the COA 15th District of Texas at Austin**

Even the Office of the District Attorney of Travis County has declined to file suit for injunctive relief under the Public Information Act ("PIA") as state statute in Texas and against the State Bar of Texas, and to enforce to provide public information requested by the Requester as Citizen under the Public Information Act ("PIA").

According to the Office of the District Attorney of Travis County and in charge for Public Integrity Unit in the Team Lead, Mr. Rob Drummond has written a response letter dated on 09/12/2022 and addressed to Adriano K. Budri, as Requester and Citizen that the Office of the District Attorney of Travis County for Public Integrity Unit has declined to file suit for injunctive relief pursuant to Texas

1

Government Code Chapter 552.3215, and alleging that such request for injunctive relief, it does not apply to the state agencies of the judiciary branch of the state government in the State of Texas and because the Texas Government Code Chapter 552; it applies to a "State Agency" which is "in the executive branch" only and not from the State Bar of Texas as State Administrative Agency and from the Judicial Department of the state government in the State of Texas and under the Texas Government Code Chapter 552.3215.

However, the Texas Government Code, Title 2, Judicial Branch, Subtitle G, Attorneys, Chapter 81, as state statute "*State Bar Act*", Subchapter B, Administrative Provisions, Section 81.011, General Powers, (a) The state bar is a public corporation and an administrative agency of the judicial department of government. See: Section: 81.011(a), but the State Bar of Texas as State Administrative Agency of the Judicial Department of the state government in **the State of Texas is covered under the Texas Government Code Chapter 552 for Public Information Requirements** as a "*State Agency*" and being part of the Judicial Branch of the state government of the State of Texas and for Open Records requirements. See: Section 81.033 for Open Records, (a) it describes that all records of the state bar, except for records pertaining to grievances that are confidential under the Texas Rules of Disciplinary Procedure, and records pertaining to the Texas Board of Legal Specialization are subject to **Chapter 552**

**of the Public Information Requirements and codified by the Texas Government Code for Texas Public Information Act ("PIA").** Added by Acts 1987, 70th Leg., Ch. 148, Section: 3.01, eff. Sept. 1, 1987.  Amended by Acts 1991, 72nd Leg., Ch. 795, Sec. 15, eff. Sept. 1, 1991; Acts 1995, 74th Leg., Ch. 76, Sec. 5.95(93), eff. Sept. 1, 1995 (State Statute "State Bar Act", Texas Government Code, Section 81.011).

See: Copy of the letter issued on 09/12/2022 and electronically signed by Rob Drumond (Document Signed DF8C9022FE75434 via DocuSign) as part of the Team Lead of the Public Integrity Unit of the Office of the District Attorney in Travis County at P. O. Box 1748, Austin, TX 78767, Telephone: (512) 854-95400, Telefax: (512) 854-4206, Jose P. Garza as District Attorney and Trudy Strassburger, First Assistant and registered as DocuSign Envelope ID: 1EDD1429-F78B-40F8-8378-9BA23EEA18A0 and with physical address located at Ronald Earle Building, 416 W. 11th Street, Austin, Texas 78701. The letter issued, signed and mailed via USPS first class mail in Certified Mail Number has been with tracking number 70183090000204788393, and having been posted on 09/14/2022 in Austin, Travis County, Texas.

The state statute "State Bar Act" requires that the Chief Disciplinary Counsel MUST provide the full explanation for dismissal of the grievance inquiries and grievance complaints to Complainant.

This court can issues an order and demanding that the lower court must adjudicate the merits of this civil lawsuit about the Appellant/Plaintiff requesting an injunctive relief and pursuant the **Texas Government Code Section 81.033 for Open Records, (a)** and that it describes that <u>**all records of the state bar**</u>, except for records pertaining to grievances that are confidential under the Texas Rules of Disciplinary Procedure, and records pertaining to the Texas Board of Legal Specialization are subject to <u>**Chapter 552 of the Public Information Requirements**</u> and codified by the <u>**Texas Government Code for Texas Public Information Act ("PIA").**</u>

The Chief Disciplinary Counsel ("CDC") of the State Bar of Texas' Dismissal Notice Letter <u>**is not a confidential matter**</u> under the Texas Rules of Disciplinary Procedure and the state statute "State Bar Act" requires release of the full explanation to the Complainant about the dismissal notice letters from grievance inquiries and grievance complaints.

# AMICUS CURIAE CITIZEN'S STATEMENT

In compliance with the Texas Rules Appellate Procedure (TRAP) Rule 11 (c); Amicus Curiae Citizen states that he did not receive any fee paid or to be paid for preparing the amicus curiae letter brief and submitted on 02/07/2025, via electronic filing EFILETX system in the case number assigned: 15-24-00095-CV and filed at the Court of Appeals 15th District of Texas at Austin.

Dated: February 7, 2025

Respectfully submitted,

*/s/Adriano Kruel Budri*
Adriano Kruel Budri
Amici Curiae Citizen
Email address: abudri64@gmail.com

# CERTIFICATE OF SERVICE

I certify that I served all parties to this appeal through the Court's electronic filing system, including Appellant's and Appellee's counsel on 02/07/2025.

*/s/Adriano Kruel Budri*
Adriano Kruel Budri
Amici Curiae Citizen
Email address: abudri64@gmail.com

# EXHIBIT A

DocuSign Envelope ID: 1EDD1429-F78B-40F8-8378-9BA23EEA18A0



# OFFICE OF THE
# DISTRICT ATTORNEY

**JOSÉ P. GARZA**
DISTRICT ATTORNEY

P.O. Box 1748, Austin, TX 78767
Telephone 512/854-9400
Telefax 512/854-4206

**TRUDY STRASSBURGER**
FIRST ASSISTANT

September 12, 2022

Mr. Adriano K. Budri
5029 CR 605
Burleson, TX 76028

Dear Mr. Budri,

This office received and reviewed your request for this office to file suit for injunctive relief pursuant to Texas Government Code Chapter 552.3215 against the State Bar of Texas. Pursuant to Texas Government Code Chapter 81.011(a) the State Bar of Texas is "an administrative agency of the judicial department of government." Public information requirements as codified in Chapter 552 of the Texas Government Code apply to a "State Agency" which is "in the executive branch." Chapter 552.003(1)(B) of the Texas Government code specifically states that public information requirements do not apply to the judiciary. Because the public information requirements of the Texas Government Code do not apply to the State Bar of Texas, this office will decline to file suit for injunctive relief pursuant to Texas Government Code Chapter 552.3215 and will take no further action on your request.

Sincerely,

DocuSigned by:

DF8C9D22FE75434...

Rob Drummond
Team Lead
Public Integrity Unit

Ronald Earle Building, 416 W. 11th Street, Austin, Texas 78701

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 97147695
Filing Code Description: Letter
Filing Description: Letter addressed to the Clerk of the COA 15th District of Texas at Austin
Status as of 2/10/2025 7:08 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Pat Mizell | | pmizell@velaw.com | 2/8/2025 12:17:14 AM | SENT |
| Billy SHart | | billy.hart@westwebblaw.com | 2/8/2025 12:17:14 AM | SENT |
| Jay Rudinger | | jay.rudinger@westwebblaw.com | 2/8/2025 12:17:14 AM | SENT |
| David Kitner | 11541500 | dkitner@clarkhill.com | 2/8/2025 12:17:14 AM | SENT |
| Jadd Masso | 24041411 | jmasso@clarkhill.com | 2/8/2025 12:17:14 AM | SENT |
| Royce Lemoine | 24026421 | royce.lemoine@texasbar.com | 2/8/2025 12:17:14 AM | SENT |
| Richard Huntpalmer | 24097857 | Richard.Huntpalmer@texasbar.com | 2/8/2025 12:17:14 AM | SENT |
| Gaines West | 21197500 | gaines.west@westwebb.law | 2/8/2025 12:17:14 AM | SENT |
| John Rudinger | 24067852 | jay.rudinger@westwebblaw.com | 2/8/2025 12:17:14 AM | SENT |
| Judd Stone | 24076720 | Judd@stonehilton.com | 2/8/2025 12:17:14 AM | SENT |
| Daniel Olds | 24088152 | dolds@clarkhill.com | 2/8/2025 12:17:14 AM | SENT |
| Brooke Noble | | bnoble@velaw.com | 2/8/2025 12:17:14 AM | SENT |
| Michael Graham | 24113581 | Michael.Graham@TEXASBAR.COM | 2/8/2025 12:17:14 AM | SENT |
| Emily Bamesberger | | ebamesberger@velaw.com | 2/8/2025 12:17:14 AM | SENT |
| Justin B.Cox | | jbcox@clarkhill.com | 2/8/2025 12:17:14 AM | SENT |
| Gaines West | | gaines.west@westwebblaw.com | 2/8/2025 12:17:14 AM | SENT |